## CASE ANNOUNCEMENTS

*July 7, 2014*

[Cite as *07/07/2014 Case Announcements*, 2014-Ohio-3003.]

## MOTION AND PROCEDURAL RULINGS

2013–1521.   **Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–Q–456. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the agreed motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.